UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SIMEON N DONMON, II,

                Petitioner,

    v.

ROB JACKSON,

                Respondent.

Case No. 3:24-cv-05647-BJR-TLF

ORDER

The Court has reviewed the Report and Recommendation of the Hon. Theresa L. Fricke, United States Magistrate Judge, and the remaining record. No objections have been filed to the Report and Recommendation, and the deadline for doing so has passed. The Court hereby finds and orders:

    1.    The Court adopts the Report and Recommendation;

    2.    Petitioner's motion to proceed in forma pauperis is DENIED;

    3.    Petitioner's habeas corpus petition is DISMISSED without prejudice; and

    4.    The Clerk is directed to send copies of this Order to Petitioner.

Dated this 5th day of March 2025.

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge